PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Charles Hassell</u>　　　　　Case Number: <u>2:04-00017-02</u>

Name of Sentencing Judicial Officer: <u>Honorable Todd J. Campbell, U.S. District Judge</u>

Date of Original Sentence: <u>August 19, 2005</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine</u>

Original Sentence: <u>151 months' custody and five years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>　　　Date Supervision Commenced: <u>August 21, 2015</u>

Assistant U.S. Attorney: <u>Harold B. McDonough, Jr.</u>　Defense Attorney: <u>Caryll S. Alpert</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___17___ day of ___Dec___, 2015, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Wendi Potter
U.S. Probation Officer

Place　　Nashville, Tennessee

Date　　December 17, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On December 11, 2015, Mr. Hassell tested positive for the use of marijuana. He admitted to smoking the controlled substance.

### Compliance with Supervision Conditions and Prior Interventions:

Charles Hassell is employed with Green Monster Recycling and Disposal. He lives with his paramour in Nashville, Tennessee. His term of supervised released commenced on August 21, 2015, and he is due to terminate supervision on August 20, 2020.

On August 25, 2015, Mr. Hassell tested positive for the use of marijuana. He admitted to smoking the controlled substance three days prior, just after his release from custody. The Court was notified of the unlawful drug use on September 10, 2015. Mr. Hassell participates in a random drug testing program and completed a substance abuse assessment at Centerstone Mental Health on September 28, 2015. The provider recommended participation in weekly substance abuse group therapy. To date, his progress in group therapy is acceptable and his treatment provider is aware of the recent positive drug test.

### U.S. Probation Officer Recommendation:

It is respectfully recommended that no additional action be taken by the Court at this time so Mr. Hassell can remain on supervised release, comply with ongoing drug treatment, and not incur any future violations.

The U.S. Attorney's Office has been informed of this matter and respectfully concurs with this recommendation.

Approved: _____  
Britton Shelton  
Supervisory U.S. Probation Officer